IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:21-CR-6-D
No. 2:23-CV-2-D

| | |
|---|---|
| HERMAN FELTON, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | **ORDER** |

The United States shall file a response to petitioner's motion under 28 U.S.C. § 2255 [D.E. 87] and motions to compel [D.E. 93, 94, 95]. The response is due not later than December 1, 2023.

SO ORDERED. This 30 day of October, 2023.

JAMES C. DEVER III
United States District Judge